IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.: 18-10091-STA |
| | * | |
| HALSTINE EMBRY, | * | |
| Defendant. | * | |
| | * | |

ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for **Thursday, November 29, 2018 at 2:15p.m.**

IT IS SO ORDERED, this the 13th day of NOVEMBER, 2018

                                                    s/S. Thomas Anderson
                                                  HONORABLE S. THOMAS ANDERSON
                                                  CHIEF UNITED STATES DISTRICT JUDGE