**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10091-STA |
| HALSTINE EMBRY, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on November 29, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Halstine Embry, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, MARCH 1, 2019 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 29th day of November, 2018.

                                                                             s/ S. Thomas Anderson
                                                                             CHIEF JUDGE, U. S. DISTRICT COURT