IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR. NO. 18-10091-STA |
| HALSTINE EMBRY | |
| Defendant. | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing** is hereby re-set until the **12th day of March, 2019 at 1:30pm.**

IT IS SO ORDERED.

DATE: February 25, 2018.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE